UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.R. C.M., | Case No. 1:25-cv-2071-TLN-JDP |
| Petitioner, | |
| v. | ORDER |
| TONYA ANDREWS, *et al.*, | |
| Respondent, | |

The court granted petitioner's request for a preliminary injunction and referred the matter to me for all further proceedings. ECF No. 11.

Still pending is the government's request to stay briefing on the merits of the petition until after the Court of Appeals issues a decision in *Rodriguez Vasquez v. Bostock*, 779 F. Supp. 3d 1239 (W.D. Wash. 2025), Ninth Circuit docket no. 25-6842. ECF No. 9 at 2. Petitioner opposes a stay. ECF No. 10.

It is unnecessary to delay issuing judgment. A somewhat unsettled legal landscape does not justify an indefinite delay here. Respondents' request is denied.

If additional briefing is needed to decide the merits, within fourteen days of the date of this order, respondents may file an answer. If respondents file an answer, petitioner may file a traverse within seven days. If respondents do not file an answer by this deadline, the matter will be deemed submitted.

Accordingly, it is hereby ORDERED that:

1. Respondents' motion for an extension of time, ECF No. 9, is DENIED.

2. If additional briefing is needed, respondents may file an answer within fourteen days of the date of this order. If respondents file an answer, petitioner may file a traverse within seven days. If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated: February 24, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2